NO. 07-05-0343-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 8, 2005

_____

KERWIN GIBBS, APPELLANT

V.

ALLSUP'S CONVENIENCE STORES, INC. AND
FEDERATED MUTUAL INSURANCE COMPANY, FEDERATED
INSURANCE AN ASSUMED NAME OF FEDERATED MUTUAL
INSURANCE COMPANY AND/OR FEDERATED SERVICES
INSURANCE COMPANY AND DAWN WILLEFORD, APPELLEES
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597,010; HONORABLE PAULA LANEHART, JUDGE
_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

**MEMORANDUM OPINION**

By letter dated October 24, 2005, this Court directed appellant Kerwin Gibbs to pay

the required filing fee of $125 by November 3, 2005, before any further action could be

taken in this appeal, noting that failure to do so might result in dismissal. Unless a party

is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees

set by statute or the Supreme Court when an item is presented for filing. *See* Tex. R. App.

P. 5 and 12.1(b). Although the filing of a notice of appeal invokes this Court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. Tex. R. App. P. 25.1(b). Thus, because the filing fee of $125 remains unpaid, we must dismiss the appeal.

Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of Appellate Procedure and with a notice from the Clerk requiring payment of the filing fee within ten days. Tex. R. App. P. 42.3(c).

Mackey K. Hancock
Justice

2